IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN BRADLEY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 10 - 5633** |
| **ARIA HEALTH (formerly The Frankford Hospital of The City of Philadelphia),** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 14th day of June, 2011, upon consideration of Defendant's Motion to Dismiss the First Amended Complaint (Document No. 6, filed December 29, 2010), Plaintiff's Response to Defendant's Motion to Dismiss (Document No. 8, filed January 24, 2011), Defendant's Reply in Support of its Motion to Dismiss (Document No. 9, filed February 9, 2011), and Plaintiff's Surreply to Defendant's Motion to Dismiss (Document No. 12, filed March 1, 2011), for the reasons set forth in the Memorandum dated June 14, 2011, **IT IS ORDERED** as follows:

1. Defendant's Motion to Dismiss the First Amended Complaint is **GRANTED WITHOUT PREJUDICE** to plaintiff's right to file a second amended complaint within twenty days of the entry of this Order if warranted by the facts; and

2. Defendant's Motion for a More Definite Statement is **DENIED AS MOOT**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**
**JAN E. DUBOIS, J.**